# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ALEXANDER CHAVARRIA**
**PEREDES, A-206-225-112,**

    *Petitioner,*

v.                                                                       **CASE NO.: 4:20cv484-MW/MAF**

**WILLIAM BARR, et al.,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. This Court acknowledges that Petitioner may no longer be in custody. *See, e.g.*, ECF No. 7 (mail returned as undeliverable and marked "released"). Because that may not be the case, Petitioner's petition for writ of habeas corpus, ECF No. 1, shall be transferred to the United States District Court for the Western District of Louisiana, Alexandria Division, for all further proceedings. The Clerk shall take all

steps necessary to effect the transfer and close the file.

**SO ORDERED on November 6, 2020.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**